UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:12CV-P30-M

JOSEPH SCOTTIE PARROTT                                                             PLAINTIFF

v.

JOE BLUE                                                                DEFENDANT

**MEMORANDUM OPINION**

      Plaintiff Joseph Scottie Parrott initiated this *pro se* civil action under 42 U.S.C. § 1983 against Defendant Joe Blue, the Hopkins County Jailer. Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

      The Clerk of Court sent a mailing to Plaintiff on March 13, 2012. That mailing was returned by the United States Postal Service on March 20, 2012, marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward." Plaintiff is apparently no longer incarcerated at the Hopkins County Jail, and he has not advised the Court of a change of address. Therefore, neither notices from this Court nor filings by Defendant in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears

to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:

cc: Plaintiff, *pro se*
 Defendant
 Hopkins County Attorney
4414.010